# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                        Case No. 3:11-CR-173

                                                Judge Thomas M. Rose

RONNIE BROWN,

    Defendant.

## ORDER AMENDING JURY TRIAL DATE

On April 6, 2012, the Order Granting Motion for Extension of Time to File Supplemental Brief and Setting New Briefing Schedule (doc. 33) was filed. It has been brought to the Court's attention that a typographical error has occurred setting the beginning of the trial mid-week (Thursday, June 14, 2012) verses the beginning (Monday, June 11, 2012) as intended by this Court. Therefore, the Courts **ORDERS** the correction of the Jury Trial date as **Monday, June 11, 2012 at 9:00 a.m.**

**DONE** and **ORDERED** in Dayton, Ohio, this 4th day of May, 2012.

                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE