UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                                                                    Case No.  3:11-CR-173

RONNIE BROWN,

Defendant.

## ORDER

The Defendant having previously plead guilty to a superseding indictment in this matter, is set for final disposition on September 7, 2012 at 1:30 pm.  The Court finding that the Defendant has now been charged with a separate indictment (*United States of America v. Ronnie Brown*, Case number 3:12-CR-91) would hereby vacate the date for final disposition until such time as resolution has been reached in the new matter.

Therefore, IT IS ORDERED that the date for final disposition is VACATED.  A new date will be set upon further order of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this 16ᵗʰ day of July, 2012.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE